In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-545 CV


____________________



ERGON ENERGY PARTNERS, LTD., Appellant



V.



AMANDA HARALSON, INDIVIDUALLY AND AS TRUSTEE


OF THE AMANDA HARALSON STOVER TRUST, AND


SETH HARALSON STOVER, Appellees






On Appeal from the 88th District Court


Tyler County, Texas


Trial Cause No. 20144






MEMORANDUM OPINION


 Ergon Energy Partners, Ltd. filed a motion to dismiss this appeal. The appellant
alleges that it no longer wishes to pursue an appeal because the trial court granted a new trial. 
The Court finds that this motion is voluntarily made by the appellant through its attorney
prior to any decision of this Court. Tex. R. App. P. 42.1(a)(1). No other party filed a notice
of appeal. The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED. 

 ___________________________

 HOLLIS HORTON

 Justice

Opinion Delivered December 28, 2006

Before McKeithen, C.J., Gaultney and Horton, JJ.